## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.     NO. 4:09CR00166-002 SWW

JAMES EVON THOMPSON, SR.

### ORDER AMENDING JUDGMENT

It has come to the Court's attention that the Judgment and Commitment (doc #124) as to the above-named defendant should be amended to reflect the following corrections:

1) USM number: 25542-009;

2) Counsel: J. Fletcher See, III (appointed).

All other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 1st day of July, 2010.

/s/Susan Webber Wright
United States District Judge